**DISMISS and Opinion Filed April 18, 2024**



In The

### Court of Appeals
### Fifth District of Texas at Dallas

**No. 05-23-00996-CV**

**PATRICIA BROOKS, Appellant**
**V.**
**SHARETTA WARD-KEMP, Appellee**

**On Appeal from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-23-03358-C**

## MEMORANDUM OPINION

Before Justices Reichek, Goldstein, and Garcia
Opinion by Justice Garcia

Appellant's brief in this case is overdue. After appellant failed to respond to our inquiry regarding the reporter's record, we ordered the appeal submitted without a reporter's record and for appellant's brief to be filed by March 10, 2024. By postcard dated March 12, 2024, we informed appellant her brief was overdue and directed appellant to file a brief within ten days. We cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. *See* TEX. R. APP. P. 38.8(a)(1). To date, appellant has not filed a brief nor otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal.  *See* TEX. R. APP. P. 38.8 (a)(1); 42.3(b), (c).


                /Dennise Garcia/
                DENNISE GARCIA

230996F.P05             JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

PATRICIA BROOKS, Appellant

No. 05-23-00996-CV          V.

SHARETTA WARD-KEMP,
Appellee

On Appeal from the County Court at
Law No. 3, Dallas County, Texas
Trial Court Cause No. CC-23-03358-
C.

Opinion delivered by Justice Garcia.
Justices Reichek and Goldstein
participating.

In accordance with this Court's opinion of this date, this appeal is
**DISMISSED**.

Judgment entered April 18, 2024